**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alejandro AGUIRRE–MORALES,**
**Defendant–Appellant.**

**Nos. 09–10304, 09–10305**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 13, 2010.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Laura S. Harper, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alejandro Aguirre–Morales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Aguirre–Morales has not filed a response. Our independent review of the record and counsel's brief disclose no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.